UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
NANA QUEENIE LAWRENCE AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

                                    Plaintiff,

  -against-

J.K. & SONS COFFEE SHOP INC. and
JOHN ZERVOUDIS,

                                Defendants.
------------------------------------------------------------------------ X

Docket No. 22-cv-07236

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: Syosset, NY 11791
          December 30, 2022

| **BELL LAW GROUP, PLLC** | **PARDALIS & NOHAVICK** |
|---|---|
| By: /s/ *Dan Johnston* | By: __/s/_ *Anastasi Pardalis*_____ |
| Daniel Johnston | Anastasi Pardalis |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 116 Jackson Blvd. | 950 3rd Ave., 11th Floor |
| Syosset, New York 11791 | New York, NY 10022 |
| (516) 280-3008 | (212) 213-8511 |
| DJ@BellLG.com | taso@pnlawyers.com |

3.16.2023

10